# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CALVIN J. HILL, INDIVIDUALLY AND
AS THE EXECUTOR OF THE SUCCESSION
OF ELNORA JOHNSON HILL

NO. 2019 CW 1090

VERSUS

DEC 2 7 2019

TMR EXPLORATION, INC., PARK
EXPLORATION, INC., AND VITOL
RESOURCES, INC.

---

In Re:    New Hampshire Insurance Company, National Union Fire
          Insurance Company of Pittsburgh, PA., and AIG
          Specialty Insurance Company, applying for supervisory
          writs, 18th Judicial District Court, Parish of West
          Baton Rouge, No. 41245.

---

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

**WRIT GRANTED IN PART, DENIED IN PART.** The portion of the
trial court's June 24, 2019 ruling granting the plaintiffs'
"Motion for Partial Summary Judgment Regarding Insurance
Coverage Provided by the Defendant Insurers" against relators,
National Union Fire Insurance Company of Pittsburgh, PA., New
Hampshire Insurance Company, and AIG Specialty Insurance
Company, is reversed. The plaintiffs failed to prove they are
entitled to summary judgment as a matter of law; therefore, the
plaintiffs' "Motion for Partial Summary Judgment Regarding
Insurance Coverage Provided by the Defendant Insurers" is
denied. Further, we reverse the portion of the trial court's
June 24, 2019 ruling denying relators' motion for summary
judgment as to the plaintiffs' claims for damages under La. R.S.
22:1892, La. R.S. 22:1893, and La. R.S. 22:1973. Statutory
penalties are inappropriate when the insurer has a reasonable
basis to defend the claim and was acting in good-faith reliance
on that defense. **Bingham v. State Farm Mutual Auto. Ins. Co.,**
2012-0375 (La. App. 1st Cir. 11/2/12), 2012 WL 5386619, *2
(unpublished) (citations omitted). Relators pointed out the
absence of factual support for the plaintiffs' claim for bad
faith damages as the evidence showed they had reasonable doubts
concerning coverage for the plaintiffs' claims and, therefore,
had the right to litigate these claims without being subjected
to damages and penalties. **Calogero v. Safeway Ins. Co. of
Louisiana,** 99-1625 (La. 1/19/00), 753 So.2d 170, 173 (citations
omitted). Therefore, we grant National Union Fire Insurance
Company of Pittsburgh, PA., New Hampshire Insurance Company, and
AIG Specialty Insurance Company's motion for summary judgment,
in part, and dismiss the plaintiffs' claims asserted against
them pursuant to La. R.S. 22:1892, La. R.S. 22:1893, and La.
R.S. 22:1973, with prejudice. The writ is denied in all other
respects.

                              TMH
                              AHP
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT